UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:12cv243(WOB-SKB)**

**SYLVESTER J. LAWSON, II**                                   **PETITIONER**

**VS.**                                     <u>**ORDER**</u>

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION**                                    **RESPONDENT**

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #12), and having considered de novo those objections filed thereto by petitioner, and the Court being sufficiently advised,

    **IT IS ORDERED** that the objections of petitioner to the Report and Recommendation be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petitioner's motion to stay (Doc. #7) be, and it hereby is, **denied as moot.**

    This 28th day of March, 2013.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge